**Last revised: August 1, 2017**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Darlene D. Duque-Garcia

Case No.: _____18-12088_____

Judge: _____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original ☒ Modified/Notice Required Date: _____5/14/18_____

☐ Motions Included ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___SFR___ Initial Debtor: ___DDD___ Initial Co-Debtor: _____

**Part 1:  Payment and Length of Plan**

a. The debtor shall pay $ _____500_____ per _____month_____ to the Chapter 13 Trustee, starting on _____March 2018_____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2810 plus all other court approved fees and costs |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a.  **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Mr. Cooper | Residence | 13,000 | N/A | 13,000 | March 2018 |

b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c.  **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Santander | 2011 Hyundai Sonata | 10,000 | 9,225 | N/A | 9,225 | 5 1/4% | 10,500 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Credit Acceptance | 2009 Mercedes Benz | Unknown | Unknown |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| | | |

**Part 5:    Unsecured Claims ☐ NONE**

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☐ Not less than $ _____ to be distributed *pro rata*

   ☒ Not less than _____0_____ percent    plus any non exempt proceeds of Zaralto litigation

   ☐ *Pro Rata* distribution from any remaining funds

   b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

   (NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:    Motions** ☐ NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Santander | 2011 Hyundai Sonata | 10,000 | 9,225 | 9,225 @ 5 1/4% = 10, 509 | Any remaining balances due |

### Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Jenkins & Clayman
3) Mr. Cooper
4) Santander
5) Unsecured creditors (only to extent of non-exempt proceeds from Zaralto litigation)

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 5/14/18_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To address claim of credit Acceptance and address non exempt proceeds of litigation | To address claim of credit acceptance and add unsecured creditors to order of distribution |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 5/14/18_____    /s/ Stephanie F. Ritigstein_____
                                          Attorney for the Debtor

Date: 5/14/18_____    /s/ Darlene D. Duque-Garcia_____
                                          Debtor

Date: _____    _____
                                          Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 5/14/18                                              /s/ Stephanie F. Ritigstein
                                                           Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 5/14/18                                              /s/ Darlene Duque-Garcia
                                                           Debtor

Date: _____                                  _____
                                                           Joint Debtor

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 18-12088-KCF
Darlene Duque-Garcia                                                    Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                   Page 1 of 2          Date Rcvd: May 17, 2018
                               Form ID: pdf901               Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db             +Darlene Duque-Garcia,    85 Theresa Street,    Trenton, NJ 08618-1529
517312653       Best Buy Credit Services,    PO BOX 78009,    Phoenix, AZ 85062-8009
517312661      +CHS EMA,   PO box 417442,    Boston, MA 02241-7442
517320916     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,     25505 WEST 12 MILE ROAD,
                 SOUTHFIELD , MI 48034)
517312654       Capital Health Advanced Imaging,    PO Box 3246,    Indianapolis, IN 46206-3246
517312657       Capital Health Medical Group DBA C,    Attn #17558X,    PO Box 14000,    Belfast, ME 04915-4033
517312658       Capital Health Regional Medical Center,    PO Box 785841,    Philadelphia, PA 19178-5841
517312659       Capital Health System at Fuld/O,    c/o Trans-Continental Credit & Collect.,    PO B ox 8500-1571,
                 Philadelphia, PA 19178-1571
517312660       Capital One Services, LLC,    PO Box 30285,    Salt Lake City, UT 84130-0285
517312662       Comentity - Express,    PO Box 659728,   San Antonio, TX 78265-9728
517312663       Ewing Twp EMS,    PO Box 207,   Allentown, PA 18105-0207
517312664       Geico,   One Geico Plaza,    Bethesda, MD 20810-0001
517312665       Horizon Blue Cross Blue Shield of NJ,     PO Box 10193,    Newark, NJ 07101-3117
517312666      +Lawrence Dental Associates, PC,    3100 Princeton Pike,,    Building 4,   Suite E,
                 Lawrence Township, NJ 08648-2300
517312667      +Lawrenceville Oral Surgery PC,    3100 Princeton Park Building 4-F,
                 Lawrence Township, NJ 08648-2300
517312668      +Life Protect 24/7,    3509 Virginia Beach Blvd,    Virginia Beach, VA 23452-4421
517312669      +Mr. Cooper,    c/o KML Law Group, P.C,    216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
517448861      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619096,    Dallas, TX 75261-9096
517312670       PSE&G CO,    PO BOX 14444,   New Brunswick, NJ 08906-4444
517342986      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517312671      +Santander,    PO Box 12768,   Reading, PA 19612-2768
517344129      +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
517312672      +St Lawrence Rehabilitation Center,    2381 Larenceville Road,     Lawrence Township, NJ 08648-2098
517312673       St. Lawrence Rehab Center,    c/o United Telemanagement Corp,     PO Box 145465,
                 Cincinnati, OH 45250-5465
517312674      +TD Bank, N.A,    c/o Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
517312675       Vascular Disease Center PC,    PO Box 83,    Ambler, PA 19002-0083
517312676      +Verizon,   c/o Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
517312678       Verizon Wireless,    c/o Diversified Consultants, Inc.,    PO Box 554268,
                 Jacksonville, FL 32255-1268
517312679      +Yahya Duque - Garcia,    85 Theresa Street,    Trenton, NJ 08618-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2018 22:58:29      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2018 22:58:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517312651       E-mail/Text: amscbankruptcy@adt.com May 17 2018 22:59:10      ADT Security Services,
                 PO Box 650485,   Dallas, TX 75265-0485
517430590      +E-mail/Text: g20956@att.com May 17 2018 22:58:57      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
517312652      +E-mail/Text: ally@ebn.phinsolutions.com May 17 2018 22:57:56      Ally Financial,
                 P. O. Box 380901,   Minneapolis, MN 55438-0901
517312655       E-mail/Text: bankruptcy@onlineis.com May 17 2018 22:58:53      Capital Health Advanced Imaging,
                 c/o Online Information Services, Inc.,    PO Box 1489,    Winterville, NC 28590-1489
517312656       E-mail/Text: bankruptcydepartment@tsico.com May 17 2018 22:59:04
                 Capital Health Medical Group,    c/o Transworld Systems Inc.,    PO Box 15520,
                 Wilmington, DE 19850-5520
517395891      +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2018 22:58:27      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517450308       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 23:11:26
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,   Norfolk VA 23541
517410167      +E-mail/Text: bankruptcy@pseg.com May 17 2018 22:57:55      PSE&G,   POB 490,
                 Cranford, NJ 07016-0490
517437935       E-mail/Text: bnc-quantum@quantum3group.com May 17 2018 22:58:22
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
517432211       E-mail/Text: bnc-quantum@quantum3group.com May 17 2018 22:58:22
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
517315587      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 23:00:32      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517441420       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2018 23:00:43      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK   73124-8838
517312677       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2018 22:57:52
                 Verizon Wireless,    PO Box 660108,   Dallas, TX 75266-0108
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: May 17, 2018
                              Form ID: pdf901          Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517446818        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2018 23:00:43
                  Verizon by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
                (address filed with court:  Credit Acceptance Corporation,   25505 West 12 Mile Road,
                  Southfield, MI  48034)
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Darlene   Duque-Garcia jenkins.clayman@verizon.net
              Jeffrey E. Jenkins    on behalf of Debtor Darlene   Duque-Garcia jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Darlene   Duque-Garcia jenkins.clayman@verizon.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```