| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Nationstar Mortgage LLC d/b/a Mr. Cooper | **Order Filed on June 29, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Darlene Duque-Garcia,<br><br>Debtor. | Case No.: 18-12088 KCF<br>Adv. No.:<br>Hearing Date: 3/28/18 @ 10:00 a.m.<br><br>Judge: Kathryn C. Ferguson |

**AMENDED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 29, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtors:        Darlene Duque-Garcia
Case No.:       18-12088 KCF
Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, holder of a mortgage on real property located at 85 Theresa Street, Ewing, NJ, 08618, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Stephanie F. Ritigstein, Esquire, attorney for Debtor, Darlene Duque-Garcia, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 11) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-12088-KCF
Darlene Duque-Garcia                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin           Page 1 of 1         Date Rcvd: Jun 29, 2018
                           Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db             +Darlene Duque-Garcia,    85 Theresa Street,    Trenton, NJ 08618-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
     Albert Russo    docs@russotrustee.com
     Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
      dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Eric Clayman    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
      connor@jenkinsclayman.com
     Jeffrey E. Jenkins    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
      connor@jenkinsclayman.com
     John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
      ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
     Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
      rsolarz@kmllawgroup.com
     Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
      individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
     Stephanie F. Ritigstein    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
      connor@jenkinsclayman.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 9