| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>Darlene Duque-Garcia<br>Debtors |

Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-12088 KCF

Adv. No.:

Hearing Date: October 24, 2018 at 9:00am

Judge: Ferguson

### ORDER TO CRAM DOWN CLAIM OF SANTANDER CONSUMER U.S.A., INC.

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 26, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon consideration of Jenkins & Clayman's motion for an order to cram down proof of claim for Santander U.S.A., Inc., and for good cause having been shown, it is hereby:

**ORDERED** that:

1. The cramdown is allowed, that is, to allow the bifurcation of the claim such that $10,500.00 shall be deemed secured and be paid through the debtor's Chapter 13 plan, and the remaining portion of the claim shall be treated as a general unsecured debt.