| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on October 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Darlene Duque-Garcia<br>Debtors | Case No.: 18-12088 KCF<br><br>Adv. No.:<br><br>Hearing Date: October 24, 2018 at 9:00am<br><br>Judge: Ferguson |

# ORDER TO CRAM DOWN CLAIM OF SANTANDER CONSUMER U.S.A., INC.

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 26, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon consideration of Jenkins & Clayman's motion for an order to cram down proof of claim for Santander U.S.A., Inc., and for good cause having been shown, it is hereby:

**ORDERED** that:

1. The cramdown is allowed, that is, to allow the bifurcation of the claim such that $10,500.00 shall be deemed secured and be paid through the debtor's Chapter 13 plan, and the remaining portion of the claim shall be treated as a general unsecured debt.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12088-KCF
Darlene Duque-Garcia                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 26, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db             +Darlene Duque-Garcia,    85 Theresa Street,    Trenton, NJ 08618-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eric    Clayman    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
              Stephanie F. Ritigstein    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9