Order Filed on December 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |

| In Re: | Case No: 18-12088 |
|---|---|
| Darlene Duque-Garcia<br>Debtor | Chapter: 13 |
| | Judge: KCF |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 21, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $\_\_\_\_1,300.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_33.60_____ for a total of $_____1,333.60_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_564.00_____ per month for \_\_\_\_\_52_____ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-12088-KCF
Darlene Duque-Garcia                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Dec 21, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
db              +Darlene Duque-Garcia,   85 Theresa Street,   Trenton, NJ 08618-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Eric   Clayman    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
         connor@jenkinsclayman.com
        Jeffrey E. Jenkins    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
         connor@jenkinsclayman.com
        John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
         ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         rsolarz@kmllawgroup.com
        Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
         individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
        Stephanie F. Ritigstein    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
         connor@jenkinsclayman.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                         TOTAL: 9