Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 18−12088−KCF
                                Chapter: 13
                                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darlene Duque−Garcia
   85 Theresa Street
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−0025

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/16/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 22, 2019
JAN: slf

                                                                     Jeanne Naughton
                                                                     Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 18-12088-KCF
Darlene Duque-Garcia                                                      Chapter 13
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Apr 22, 2019
                              Form ID: 148                Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
db             +Darlene Duque-Garcia,    85 Theresa Street,    Trenton, NJ 08618-1529
cr             +U.S. Bank National Association, not in its individ,    c/o Rushmore Loan Management Services,
                 PO Box 55004,   Irvine, CA 92619-5004
517312653       Best Buy Credit Services,    PO BOX 78009,    Phoenix, AZ 85062-8009
517312661      +CHS EMA,    PO box 417442,   Boston, MA 02241-7442
517320916     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,
                 SOUTHFIELD , MI 48034)
517312654       Capital Health Advanced Imaging,    PO Box 3246,    Indianapolis, IN 46206-3246
517312657       Capital Health Medical Group DBA C,    Attn #17558X,    PO Box 14000,    Belfast, ME 04915-4033
517312658       Capital Health Regional Medical Center,    PO Box 785841,    Philadelphia, PA 19178-5841
517312659       Capital Health System at Fuld/O,    c/o Trans-Continental Credit & Collect.,    PO B ox 8500-1571,
                 Philadelphia, PA 19178-1571
517312663       Ewing Twp EMS,    PO Box 207,   Allentown, PA 18105-0207
517312664       Geico,    One Geico Plaza,   Bethesda, MD 20810-0001
517312665      #Horizon Blue Cross Blue Shield of NJ,    PO Box 10193,    Newark, NJ 07101-3117
517312666      +Lawrence Dental Associates, PC,    3100 Princeton Pike,,    Building 4,   Suite E,
                 Lawrence Township, NJ 08648-2300
517312667      +Lawrenceville Oral Surgery PC,    3100 Princeton Park Building 4-F,
                 Lawrence Township, NJ 08648-2300
517312668      +Life Protect 24/7,    3509 Virginia Beach Blvd,    Virginia Beach, VA 23452-4421
517312669      +Mr. Cooper,    c/o KML Law Group, P.C,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
517448861      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517625212       Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,    GLHEC and Affiliates,
                 PO BOX 8961,   Madison, WI 53708-8961
517312670       PSE&G CO,    PO BOX 14444,   New Brunswick, NJ 08906-4444
517312671      +Santander,    PO Box 12768,   Reading, PA 19612-2768
517312672      +St Lawrence Rehabilitation Center,    2381 Larenceville Road,    Lawrence Township, NJ 08648-2098
517312673       St. Lawrence Rehab Center,    c/o United Telemanagement Corp,    PO Box 145465,
                 Cincinnati, OH 45250-5465
517312674      +TD Bank, N.A,    c/o Northland Group Inc.,   PO Box 390846,    Minneapolis, MN 55439-0846
517631029       U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708
517631030      +U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708,    U.S. Bank National Association,
                 c/o Rushmore Loan Management Services 92619-2708
517312675       Vascular Disease Center PC,    PO Box 83,   Ambler, PA 19002-0083
517312678       Verizon Wireless,    c/o Diversified Consultants, Inc.,    PO Box 554268,
                 Jacksonville, FL 32255-1268
517312679      +Yahya Duque - Garcia,    85 Theresa Street,    Trenton, NJ 08618-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2019 00:39:45      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2019 00:39:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517312651       E-mail/Text: amscbankruptcy@adt.com Apr 23 2019 00:40:26      ADT Security Services,
                 PO Box 650485,   Dallas, TX 75265-0485
517430590      +EDI: CINGMIDLAND.COM Apr 23 2019 04:08:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
517312652      +EDI: GMACFS.COM Apr 23 2019 04:08:00      Ally Financial,    P. O. Box 380901,
                 Minneapolis, MN 55438-0901
517312655       E-mail/Text: bankruptcy@onlineis.com Apr 23 2019 00:40:12      Capital Health Advanced Imaging,
                 c/o Online Information Services, Inc.,    PO Box 1489,    Winterville, NC 28590-1489
517312656       E-mail/Text: bankruptcydepartment@tsico.com Apr 23 2019 00:40:19
                 Capital Health Medical Group,    c/o Transworld Systems Inc.,    PO Box 15520,
                 Wilmington, DE 19850-5520
517312660       EDI: CAPITALONE.COM Apr 23 2019 04:08:00      Capital One Services, LLC,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517312662       EDI: WFNNB.COM Apr 23 2019 04:08:00      Comenity - Express,    PO Box 659728,
                 San Antonio, TX 78265-9728
517395891      +EDI: MID8.COM Apr 23 2019 04:08:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517704030       EDI: NAVIENTFKASMSERV.COM Apr 23 2019 04:08:00       Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517450308       EDI: PRA.COM Apr 23 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                 POB 41067,   Norfolk VA 23541
517410167      +E-mail/Text: bankruptcy@pseg.com Apr 23 2019 00:38:46      PSE&G,    POB 490,
                 Cranford, NJ 07016-0490
517437935       EDI: Q3G.COM Apr 23 2019 04:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
517432211       EDI: Q3G.COM Apr 23 2019 04:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Apr 22, 2019
                              Form ID: 148             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517342986      +EDI: DRIV.COM Apr 23 2019 04:08:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
517344129      +EDI: DRIV.COM Apr 23 2019 04:08:00      Santander Consumer USA Inc.,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
517315587      +EDI: RMSC.COM Apr 23 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517312676      +EDI: CONVERGENT.COM Apr 23 2019 04:08:00      Verizon,    c/o Convergent Outsourcing,
                 PO Box 9004,    Renton, WA 98057-9004
517441420       EDI: AIS.COM Apr 23 2019 04:08:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
517312677       EDI: VERIZONCOMB.COM Apr 23 2019 04:08:00      Verizon Wireless,    PO Box 660108,
                 Dallas, TX 75266-0108
517446818      +EDI: AIS.COM Apr 23 2019 04:08:00      Verizon by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                 Southfield, MI  48034)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
              Stephanie F. Ritigstein    on behalf of Debtor Darlene  Duque-Garcia jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```